854

No. 975, Misc. IN RE MERCER. Supreme Court of California. Certiorari denied.

No. 977, Misc. TIBBETT v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 978, Misc. McNUTT v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 981, Misc. TWINING v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 983, Misc. McCAFFREY v. UNITED AIRCRAFT CORP. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 987, Misc. BEENE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 991, Misc. WILSON v. SAMPSON BROTHERS & COOPER, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Weldon A. Cousins* for petitioner. *Robert G. Hughes* and *Stanley E. Loeb* for respondents.

No. 992, Misc. ANDREWS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Kirby W. Patterson* for the United States.

No. 1014, Misc. BATSON v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.